■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONACIANO DOLARES, Appellant. [950 NYS2d 718]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered March 11, 2010, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Eng, Chambers and Sgroi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE FALCON, Appellant. [950 NYS2d 710]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 10, 1996 (*People v Falcon*, 228 AD2d 517 [1996]), affirming a judgment of the Supreme Court, Queens County, rendered March 1, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Belen, Lott and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v TREVOR GILMORE, Defendant. [950 NYS2d 710]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered April 10, 2007.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Eng, Lott and Cohen, JJ., concur.